B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Southern District of Mississippi | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Alliance Consulting Group, L.L.C. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>fka IPS Group, LLC |
|---|---|

Last four digits of Social Security or other Individual's Tax I.D. No./Complete EIN
If more than one, state all.) 27-2989785

| STREET ADDRESS OF DEBTOR (No. and street, city, state,<br>3201 General DeGaulle Drive<br>Suite 200<br>New Orleans, LA | MAILING ADDRESS OF DEBTOR (If different from street |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE<br>Pearl River                                                                 70114 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
130 Street B, Picayune, MS 39466

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ☒ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtors)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

State Type of Entity: Sand Drying Plant

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**VENUE**
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
☒ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Alliance Consulting Group, L.L.C.

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ John Hess                    Officer
Signature of Petitioner or Representative (State title)
Integrated Pro Services, LLC       10/2/13
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: John Hess

X /s/ David A. Wheeler    10/2/13
Signature of Attorney       Date
Wheeler & Wheeler, PLLC
Name of Attorney Firm (If any)
Address: 185 Main Street
         PO Box 264
         Biloxi, MS 39533
Telephone No. (228) 374-6720

X /s/ Carl J. Boudreaux             President
Signature of Petitioner or Representative (State title)
E-Co Systems, LLC                   10/2/13
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Carl J. Boudreaux

X /s/ David A. Wheeler    10/2/13
Signature of Attorney       Date
Steffes, Vingiello & McKenzie, LLC
Name of Attorney Firm (If any)
Address: 13702 Coursey Blvd., Bldg 3
         Baton Rouge, LA 70817
Telephone No. (2250 751-1751

X /s/ Jacque Ballay                 Officer
Signature of Petitioner or Representative (State title)
Ranger Contracting, LLC             10/2/13
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Jacque Ballay

X /s/ David A. Wheeler    10/2/13
Signature of Attorney       Date
Steffes, Vingiello & McKenzie, LLC
Name of Attorney Firm (If any)
Address: 13702 Coursey Blvd., Bldg 3
         Baton Rouge, LA 70817
Telephone No. (225) 751-1751

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Integrated Pro Services, LLC<br>9107 Highway 23<br>Belle Chasse, LA 70037 | Contracting Services | 2,789,697 |
| E-Co Systems, LLC<br>5821 Plauche Street<br>Harahan, LA 70123 | Electrical Construction Material and Labor Costs | 1,517,404 |
| Ranger Contracting, LLC<br>252 Pi Street<br>Belle Chasse, LA 70037 | Contracting Services | 1,008,846 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$5,788,240.00 |

__2__ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

In re  Alliance Consulting Group, LLC
                    Debtor

Case No. _____

Chapter  11

## Involuntary Petition Continuation Sheet

**PETITIONING CREDITORS (cont'd)**

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X /s/ Amber M. Hess        Officer
Signature of Petitioner or Representative    (State Title)
AHG Solutions, LLC           10/2/13
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  Amber Hess

X /s/ David A. Wheat   10/2/13
Signature of Attorney       Date
Steffes, Vingiello & McKenzie, LLC
Name of Attorney Firm (If any)

Address  13702 Coursey Blvd., Bldg 3
         Baton Rouge, LA 70817

Telephone No. (225) 751-1751

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| AHG Solutions, LLC<br>3201 General DeGaulle Drive<br>New Orleans, LA 70114 | Monthly leases for New Orleans and Picayune | 298,700 |

X /s/ Ralph W. Junius, Jr.     President
Signature of Petitioner or Representative    (State Title)
Linfield, Hunter & Junius, Inc.   10/2/13
Name of Petititoner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  Ralph W. Junius, Jr.

X /s/ David A. Wheat   10/2/13
Signature of Attorney       Date
Steffes, Vingiello & McKenzie, LLC
Name of Attorney Firm (If any)

Address  13702 Coursey Blvd., Bldg 3
         Baton Rouge, LA 70817

Telephone No. (225) 751-1751

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Linfield, Hunter & Junius, Inc.<br>3608 18th Street<br>Metairie, LA 70002 | Engineering Services | 38,138 |

X /s/ Gerald D. Crump, Jr.     Officer
Signature of Petitioner or Representative    (State Title)
H&H Trucking, LLC              10/2/13
Name of Petititoner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  Gerald D. Crump, Jr.

X /s/ David A. Wheat   10/2/13
Signature of Attorney       Date
Steffes, Vingiello & McKenzie, LLC
Name of Attorney Firm (If any)

Address  13702 Coursey Blvd., Bldg 3
         Baton Rouge, LA 70817

Telephone No. (225) 751-1751

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| H&H Trucking, LLC<br>3201 General DeGaulle Drive<br>New Orleans, LA 70114 | Long Hauling Services | 69,840 |

X _____
Signature of Petitioner or Representative   (State Title)

Name of Petititoner           Date Signed

Name & Mailing Address of Individual

X _____
Signature of Attorney       Date

Name of Attorney Firm (If any)

Address

## UNITED STATES BANKRUPTCY COURT
### Middle District of Lousiana

In re  Alliance Consulting Group, LLC
_____,
Debtor

Case No. _____

Chapter    11

### Involuntary Petition Continuation Sheet

| PETITIONING CREDITORS (cont'd) |
|---|

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X /s/ Gerald D. Crump, Jr.          Officer
Signature of Petitioner or Representative    (State Title)
Titan Rentals, LLC                  10/2/13
Name of Petititoner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity    Gerald D. Crump, Jr.

X /s/ David A. Wheel          10/2/13
Signature of Attorney          Date
Steffes, Vingiello & McKenzie, LLC
Name of Attorney Firm (If any)
Address   13702 Coursey Blvd., Bldg 3
          Baton Rouge, LA 70817

Telephone No. (225) 751-1751

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Titan Rentals, LLC<br>3201 General DeGaulle Drive<br>New Orleans, LA 70114 | Equipment and Truck Rentals | 23,000 |

X _____
Signature of Petitioner or Representative    (State Title)
_____
Name of Petititoner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney          Date
_____
Name of Attorney Firm (If any)

Address

Telephone No.

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
|  |  |  |

X /s/ Hope Scott               Secretary
Signature of Petitioner or Representative    (State Title)
Advanced Inc Group             10/2/13
Name of Petititoner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity    Hope Scott

X /s/ David A. Wheel          10/2/13
Signature of Attorney          Date
Steffes, Vingiello & McKenzie, LLC
Name of Attorney Firm (If any)
Address   13702 Coursey Blvd., Bldg 3
          Baton Rouge, LA 70817

Telephone No. (225) 751-1751

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Advanced Inc Group<br>1900 West Main Street<br>Schriever, LA 70395 | Rentals | 63,315 |

X _____
Signature of Petitioner or Representative    (State Title)
_____
Name of Petititoner                 Date Signed

Name & Mailing Address of Individual

X _____
Signature of Attorney          Date
_____
Name of Attorney Firm (If any)

Address