# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **Alliance Consulting Group, LLC,**　　　　　　　　　　　**CASE NO. 13-51937 KMS**

        **DEBTOR.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 11**

## NOTICE OF HEARING AND DEADLINES

Spectrum Origination LLC has filed an Emergency Motion for Relief from Stay (the "Motion") (Dkt. #11) with the Court in the above styled case.

    The Court will hold a combined and final hearing on October 22, 2013, at 9:00 a.m. in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before October 15, 2013. Briefs and Responsive Briefs supporting the motion and any responses filed are due on or before October 15, 2013. Documents Lists and Witness Lists are due on or before October 15, 2013 and are to be filed electronically with hard copies of documents sent to Judge Samson. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: October 4, 2013　　　　　　　　　　　　　　　Danny L. Miller, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　　　Dan M. Russell Jr. US Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　　　2012 15th Street, Ste. 244
　　　　　　　　　　　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　　　　　　　　　　　228-563-1790

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1847

**Parties Noticed**:

Alliance Consulting Group, LLC, Alleged Debtor

Patrick S. Garrity, Esq.

William E. Steffes, Esq.

David Wheeler, Esq.

Glen E. Glover, Esq.

Tristan Manthey, Esq.

Office of the US Trustee