## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ALLIANCE CONSULTING GROUP, L.L.C.,**               **CASE NO. 13-51937-KMS**

**DEBTOR.**                                          **CHAPTER 11**

### Clerk's Certificate

In connection with the Notice of Appeal and Statement of Election (Civil Action #1:18-cv-105 LG-RHW) filed by Christopher H. Meredith, Esq., on behalf of Plant Materials, LLC, I, Candice Ramage, Case Administrator III  for the United States Bankruptcy Court for the Southern District of Mississippi, do hereby certify that documents enumerated below comprise the record on appeal in the above matter.

Record on Appeal:

Item 1 – Bankruptcy Case 13-51937-KMS Docket Sheet

Item 2 – Designated Items: Bankruptcy Case 13-51937-KMS

   Part 1 - Docket Entries: 1, 55, 132, 139, 217,
   431, 440, 441, 466, 499, 544, 545, 557, 567, 568, 569, 602, 604, 679, 683, 686

   Part 2 – Docket Entries: 688, 789, 812, 862, 883, 937, 1187, 1204 - 1219
   1223 – 1229, 1231

   Part 3 – Docket Entries:, 1239-1243, 1245-1249

Item 3 – Designated Item: Bankruptcy Case 13-51937-KMS – Dkt. #843-7

Item 4 – Appellant's Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented (Dkt. #1252)

 Respectfully, submitted this the 8th Day of May, 2018.

Danny L. Miller, Clerk of Court

By: /s/Candice Ramage
            Case Administrator III