

### Activity in Case 1:18-cv-00105-LG-RHW Plant Materials, LLC vs. Alliance Consulting Group, LLC Designation of Record for Bankruptcy

**cmecfhelpdesk** to: Courtmail     05/09/2018 10:33 AM

| | |
|---|---|
| From: | cmecfhelpdesk@mssd.uscourts.gov |
| To: | Courtmail@mssd.uscourts.gov |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 5/9/2018 at 10:32 AM CDT and filed on 5/8/2018

| | |
|---|---|
| **Case Name:** | Plant Materials, LLC vs. Alliance Consulting Group, LLC |
| **Case Number:** | 1:18-cv-00105-LG-RHW |
| **Filer:** | |
| **Document Number:** | 2 |

**Docket Text:**
**DESIGNATION of Record for Bankruptcy (Attachments: # (1) USBC Clerk's Certificate, # (2) Item 1 - Docket Sheet, # (3) Item 2 - Designated Items Part 1, # (4) Item 2 - Designated Items Part 2, # (5) Item 2 - Designated Items Part 3, # (6) Item 3 - Dkt No. 843-7, Exhibit 41(d), # (7) Item 4 - Appellant's Designation of Items) (RLW)**

**1:18-cv-00105-LG-RHW Notice has been electronically mailed to:**

Christopher H. Meredith     cmeredith@cctb.com, 2363508420@filings.docketbird.com, leech-group@cctb.com

Robert A. Byrd     rab@byrdwiser.com, wrs@byrdwiser.com

**1:18-cv-00105-LG-RHW Notice has been delivered by other means to:**

Patrick S. Garrity
Steffes Firm, LLC
13702 Course Blvd., Building 3
Baton Rouge, LA 70817

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-0]
[3d085b2bfab9d1ed2cc770c38c396e1af92d566485cdebaad166c6b562b59a6765a5
f2a982eedd35ac55d657e9f8cae5a87964d36377e2999411c6279ed774f9]]
**Document description:** USBC Clerk's Certificate
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-1]
[8bd39cc960f817292e4cee9e5dd655006f77b3dc106b6161540fb40d2ae3b3bbce6c
6152647c8aa10f054bd61de9030d1ab0e8655cd40e35fa2bca768b378f5d]]
**Document description:** Item 1 - Docket Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-2]
[2b5a112333f51dcbd6fcb9bce5a24d0094f571356edb594d86265285dba5b30379bc
088067884b4da9b18c2b5fde211bf60a892e45f852ee03f2be78630dc153]]
**Document description:** Item 2 - Designated Items Part 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-3]
[9db9d9c82743a53983101045d58ebc41e363acf515df7af14865b53abd3a5304b158
3ab4563e9851e1118f18596ee2d9293f961a7ed9f0ab36da5cf69f3a256a]]
**Document description:** Item 2 - Designated Items Part 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-4]
[8f57a55196697b723991d5e8d16ffdeb6e647edc9629d5af52e615c00ab1a9aa1582
90fa94bc44991a63a10da1a21cfadd187858060f90c11a14107604c0a218]]
**Document description:** Item 2 - Designated Items Part 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-5]
[1c699ed4e0f5d069f72c895e365e2bda73d2deb8d61d28e0d1c3a069f977858abbf0
e7bba80148aafbb5a4634ee7501524e486fde069b46099b2de75f75fbb52]]
**Document description:** Item 3 - Dkt No. 843-7, Exhibit 41(d)
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-6]
[5877e6ae5bbd803a3b49ab0d848f743c2e72f08056f527601703388bcd5392ecafe1
463cba212b173d23c228c89439fd1237c775f6b8cd657b95bca147166ab1]]

**Document description:** Item 4 - Appellant's Designation of Items
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/9/2018] [FileNumber=4893202-7]
[125c7fe31a1750411d882e278b6c92d536952086577833b3f4ce31be5d5181f18a2f
34d6ddf96b9bf9de96963aff554d5a30e4fe5a4e630b28b5efc5ea7db7db]]